THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LAWSON**                                                                               **PLAINTIFF**

v.                         Case No. 4:19-cv-00579-KGB

**ANDREW SAUL, COMMISSIONER OF
THE SOCIAL SECURITY ADMINISTRATION**[1]            **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). Judge Kearney recommends that plaintiff David Lawson's complaint against defendant Andrew Saul, Commissioner of the Social Security Administration (the "Commissioner"), be dismissed without prejudice for failure to comply with a court order. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Kearney's recommendations.

Therefore, the Court adopts Judge Kearney's Proposed Findings and Recommendations in their entirety (Dkt. No. 4). The Court dismisses Mr. Lawson's complaint without prejudice for failure to comply with a court order. The Court denies as moot the pending motion for leave to proceed *in forma pauperis* (Dkt. No. 1).

It is so ordered this 9th day of July, 2021.

                                                           _____
                                                           Kristine G. Baker
                                                           United States District Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as a party.