THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID LAWSON                                                                                          PLAINTIFF

v.                                              Case No. 4:19-cv-00579-KGB

ANDREW SAUL, COMMISSIONER OF
THE SOCIAL SECURITY ADMINISTRATION[1]                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff David Lawson's complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the relief requested.

It is so ordered this 9th day of July, 2021.

_____
Kristine G. Baker
United States District Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Fed. R. Civ. P. 25(d), Mr. Saul is automatically substituted as a party.